

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To**: Clerk, United States District Court
   Southern   District of   New York

**Re**: MDL  2543   In Re: General Motors LLC Ignition Switch Litigation
Transfer of our Civil Case No.  SACV14-00424 JVS (ANx)
Case Title:  Katie Michelle McConnell v. General Motors LLC

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐ Original case file documents are enclosed in paper format.
☐ Electronic Documents are accessible through Pacer.
☑ Other: Transmitted through CM/ECF email address: InterDistrictTransfer_NYSD@nysd.uscourts.gov.

Very truly yours,

Clerk, U.S. District Court

Date: 6/11/14      By  Lori Wagers
              Deputy Clerk

*cc:* All counsel of record

---

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:**

☐ CivilIntakecourtdocs-LA@cacd.uscourts.gov   (Los Angeles Office)
☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov   (Riverside Office)
☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
              Deputy Clerk

CV-117 (09/08)    **TRANSMITTAL LETTER - MDL CASE TRANSFER OUT**